IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:14-CR-55-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| RICARDO HERNANDEZ-AGUILAR, | ) | |
| | ) | |
| Defendant. | ) | |

The United States shall file a response to defendant's motion to reduce his sentence [D.E. 32]. The response is due not later than July 28, 2016.

SO ORDERED. This 23 day of June 2016.

JAMES C. DEVER III
Chief United States District Judge